# APPENDIX A

| |
|---|
| Celso Ajucum |
| Neal Bukiet |
| Robert Douglas |
| Nathan Emmons |
| Victor Finazzo |
| Kandice Miller |
| Heather Rhode |
| Benjamin Tulin |